2012-1579-1626 Mr. Vera, I understand that you've elected to split your 15 minutes between five minutes for your principal argument and 10 on rebuttal. And you understand, especially in light of the previous case, that you can't save principal arguments for your rebuttal because your opponent will therefore not have a chance to respond. Correct, Your Honor. You use your time. Beyond that is up to you. Yes, Your Honor. Good morning and may it please the court. The district court here erred in construing Term 1 by adding extraneous limitations to the language of Term 1 and then interpreting its construction to exclude the Figure 9 embodiment from the scope of the asserted Claims 5 and 12. Now the language of Term 1 appears in the preamble of those Claims 5 and 12 blocks where said plurality of blocks being coupled together at their ends by metalization lines. Claim 12 is similar but different. There the plurality of blocks are coupled together by metalization lines but the words at their ends do not appear. Yes, but your specification seems to cover that as I recall. The improvement comprises a plurality of contacts connected to the virtual ground line at each end of each block and I see that's repeated and it was also in the prosecution history. Yes, Your Honor except that that is talking about how the metal lines that overlay multiple blocks can connect to internal things in inside the blocks. The diffusion lines for example inside the blocks. The metal lines overlay multiple blocks. The claim language talks about how those metal lines connect one block to another block and to another block. Is that Claim 1? Claim 1? Claim 1 talks about how, yes Your Honor, in Claim 1 there is a limitation that does talk about how contacts can appear and the metal lines can connect to those contacts at each end within the block. So there is a language that Judge Lurie was talking about in specification reading on Claim 1? I'm sorry. The language that Judge Lurie was pointing to in the specifications is that relating to Claim 1? Yes, it would relate to Claim 1 in that respect. Is Claim 1 before us? No, it is not. Claim 5 and Claim 12 and then independent or dependent Claims 6 and 7 which are dependent on Claim 5. I thought I understood part of your argument to be that we can look at what is in the spec and how it relates to Claim 1 and which figures relate so we can understand the nature of the patent. Yes, of course. I think in that respect the entirety of the patent, the specification, all the figures, all of the claims, the language used in the different claims are before the court and can and should be considered under this court's claim construction precedent. The claim construction of issues in Claim 1 is not before the court. Now what the blocks, what it did is it focused on how those metal lines can connect in some circumstances to each end of each main bit line within the block, each end of each virtual ground line within the block. And then the court interpreted that construction to require connections every time the metal lines overlay a block, connections within the block. So there's really two types of connections we're talking about. One of the connections is the metallization lines being connected to the diffusion lines and the other connection is block to block. Absolutely, Your Honor, and in fact you can see that by, and you can see the court's error by going to Figure 8, which is found at A88 of the Jordan Printer. Figure 8 is also just Figure 9, right? Figure 8 is the... Another way of looking at Figure 9. Absolutely. The memory array depicted in Figure 9, which the court excluded, is shown in the physical layout of Figure 8. So when you look at Figure 8, you're looking at Figure 9 and vice versa. So if you look at Figure 8, you can see how you have metal lines that overlay the block and these are labeled 112, 114, and 100. You can also see inside the block and the block is shown between the lines, the horizontal lines, 135 at the top and the bottom and the patentee explained in the file history that that is a single block appearing between those lines, 135. So you can see how the metal lines, 100, 112, and 114 overlay and we go on past multiple blocks. The diffusion lines, however, are shown inside the block and those are the shaded areas. You can also see the metal contacts depicted by the square X and labeled 134 and those connect the diffusion lines within the block to the overlying metal lines outside the block. Now, why is that important? First of all, those connections are at both ends of the blocks. You can see that at the top there are two connections and at the bottom there are three connections. Same is true in Figure 9. The same is true in Figure 9. In Figure 9, you can see one connection at the top and two at the bottom. However, you do not see a connection with the diffusion line through a contact at every position that the metal line crosses. So, if you look at Figure 7 by comparison, you see the second way that the patentee disclosed how to connect plurality of blocks. There you have three connections to the metal lines at the top and three connections to the metal lines at the bottom. If you go back to Figure 8, you can modify Figure 8 to show exactly what is in Figure 7 by adding three contacts at the top and two at the bottom. So, Figure 8, if it was modified to connect a plurality of blocks, like Figure 7, would have five at the top and five at the top, bottom. Now, let me make sure I understand. When you connect the blocks, they are stacked and they are stacked in the mirror image. So, if you have the point where you are going to connect this block with this one, you have two connections here or one connection on this side, but they are in mirror image of each other when they are stacked. Actually, Your Honor, the blocks are connected, if you look at it in a three-dimensional way, there is a physical layer at the top. The metal lines run across multiple blocks. And then the blocks are connected underneath that layer, block to block to block to block. And so they actually, you might view it as running horizontal as opposed to stacked on top of each other. If you look at our blue brief at page 13, you can see how blocks can be connected to each other using Figure 8. Now, this is exactly how the patentee explained coupling multiple blocks together in the file history in the same response that defendants rely upon. And that is without modifying. Excuse me? That is even without modifying. That is without modifying. It is a mirror image. You just flip it, right? Absolutely. So, in Figure 8, you have to, it is mirror symmetrical. It is like you are looking in a mirror and you do not see it. It is not identical. It is a mirror reflection. So, you can see how one block in the middle has the three contacts at the top and the two at the bottom. It is a duplicate block at the bottom, but it is reversed. It is a mirror image. And so the two contacts at the bottom of the middle block are shared. And that is how you connect using Figure 8, multiple blocks one to the other. Figure 7, you can do the same thing, except that you are going to share each of the three contacts at the top and the bottom and so on. Well, if you look at Figure 7 and you are looking to say, well, where are the main bit lines and the virtual ground lines? I am looking at the, do you have the drawing there? Figure 7, yes. So, you are looking at, say, 86-2 and 86-4, those lines, right? Are they either main bit lines or virtual ground lines? In Figure 7, there would be, and this actually goes to the cross-appeal issue, but in Figure 7, there would be metal lines depicted by 78 and 79. Those are the lines that run way across the block. Within the block, there are lines depicted by 86-1, 86-2, 86-3, 86-4, and 86-5. Because, in this depiction, because 86-1 is pulled to ground by its connection through transistor 93 and to line 78, 86-1 becomes a diffusion virtual ground line. In other words, it is a diffusion line that resides only within the blocks. It does not go past the block. Well, I was just simply tracing those lines inside of 78 and 79, seeing if they were end-to-end connected to a metallization line. It looks as though they are. Yes, they are. And, in fact, when you... And even though they pass through transistors, that does not have anything to do with the connection, right? No, the connection, in terms of coupling, the connection can be direct or indirect. And, in fact, in most circumstances, you'll use a transistor to couple one line to another. Well, I looked at Figure 9, and if you look at Figure 9... Yes, here. And you'll see, oh, I don't know, lines 104, 108, 106, 110. And if they were main bit lines or virtual ground lines, it looked to me like end-to-end of those lines, they were connected to a metallization line. Well, if you look at line 104, that would be coupled to line 112. And line 104 is a diffusion line that runs. If you look at... And that would be at one end of the block. And then if you look at line 100 and line 132, that would be connected at the top end of the block. Well, as I was... Maybe I'm all wrong as a matter of electrical engineering, but as I was tracing these lines that are inside the block... Right. And I was trying to say to myself, well, if they are either main bit lines or virtual ground lines, are they end-to-end from one end of the line to the other? Are they connected to a metallization line? It looked to me like they were. I think they are. In every case. I think what the... The piece of the file history that was used by the judge to doom your case was the very language that was talking about whether or not the main bit lines and the virtual ground lines within the block, end-to-end, are connected to a metallization point. And it looked to me like they are in figure 9. And so figure 9 seems to me not to be read out of the claim, but it's there. I think you're absolutely correct, Your Honor. In fact, it is not the words relied upon, which were the patentee's words in the file history of 1469. The words relied upon by the district court are correct. They just don't describe the language of term 1. And that's one problem. The second problem is the district court misinterpreted that language to read out figure 9. And why that cannot be correct is if you look again at figure 8. And figure 8, just a few pages before in the file history from the passage that the district court relied upon and defendants relied upon, explained exactly how figure 8 and figure 7, two different embodiments, couple multiple blocks together. And so... You're down to three minutes. You can continue to use your time or save it as you wish. Three minutes total? Total remaining. Yes, I want to point out that the conclusion is that the patent, the 4970 patent discloses two ways to connect blocks. One way is figure 7, the other way is figure 8. The patentee explained that. By using figure 8, the patentee basically used figure 9. Thank you, Your Honor. Mr. O'Connor, you want to save a couple of minutes for your cross appeal? I do. Thank you, Your Honor. But if you use it all for your principle argument, then there is none left for the cross appeal. Right, thank you. Daniel O'Connor for the defendants' cross appellees. May it please the Court. I wanted to start off talking about the file history, but before I do that, because I do think that's the key here. Understanding what the applicant said and what he said in response to what happened in the office action. But to get back to a couple points that were covered in counsel's argument, there's no doubt that metallization lines connect block to block. There's also no doubt that in the preferred embodiment, the metallization lines connect virtual ground lines and main bit lines within the block end to end. And that's true in figure 7, that's true in figure 18, and that's true in figure 19, and that's not true in figure 9. Why not? Well, the way you can see it, the reason it's not true in figure 9, figure 8, probably is best if you look at figure 8, which is the layout for figure 9. The contacts are the blocks that have crosses in them. This is an A88 in the appendix. So the contacts are at alternate lines. Alternate lines. Contacts being which? 134? 134 is the contact. So there is a contact at the bottom of the first row. And it looked to me like in figure 7, there's no question about that, even though the line is tracing through various transistors. If you look at figure 9, and you're looking at whether you're looking at lines 104, 108, 106, 110, they appear to me from their one end to the other end to connect up to a metallization line. I don't think they are, Your Honor. Excuse me? I don't think they are, Your Honor. If you look at figure 9, okay, for example, virtual ground line 1. Ground line 1. Yes, on the far left side. The contact is at the intersection of line 112 and right at the dot at the bottom there. That's the contact point. The contact points to the metallization lines are two on the bottom and one on the top. Exactly, exactly. So the virtual ground line, which is 112, has a contact point at the bottom but not at the top. The same thing for the other virtual ground line. It has a contact at the bottom but not at the top. But where does it say it has to be connected at the bottom and the top? Well, it has to be connected at both ends. That's what's true in figure 7. Why does it have to be? Well, that's what the applicant said in his, it doesn't have to be, but it's what's in 7, 19, 18. I understand that, but I was just trying to take the language from the file history that you hinge your case on and saying to myself, well, am I satisfied that that reads figure 9 out of the patent? And I'm saying to myself, I don't understand why it does, because when I take a line, it's connected to a metallization point. Your Honor, one way to, I think, envision this is to look at figure 19. Because figure 19 is the only figure that shows both the block-to-block connection and the intra-block connection. So figure 9, pardon me, figure 19 has lines 79 and 78, which are the connections, the intra-block connections, the metallization lines that connect one end of the virtual ground line to the other end of the same virtual ground line in the same block. And that's found, see figure 78, pardon me, lines 78 and 79 are those two lines. And they are not... What does that have to do with lines within the block? Those are metallization lines that connect... Connect the blocks. No, no, the line, they also do serve to connect the blocks, but in this configuration, they also connect metallization, they connect diffusion lines within the block. And that's 78 and 79. What do you do with... I mean, this is an interesting case because you got one sentence in the file history that looks to me like the district court hung its hat on, as well as you. And so the question is that, is that a clear and unmistakable surrender of scope? And at the same time, you have the patentee being very, very clear to the examiner saying, I want you to be loud and clear that figures 7, 8, and 9 all depict my invention. So your interpretation reads 9 out of the patent. And that seems to me to be inconsistent with the applicant's insistence to the examiner to say, well, figure 9, 8, 9 are in the patent. Your Honor, if I may... To me, that creates, at most, it creates, or at the least, it creates an ambiguity as to how much weight I should give to this one sentence upon which your hat is hanged. If I may, Your Honor, I'd like to talk about the office action and the applicant's response because I do think that's the key here. So what happened here is in an office action, which is in the file history, in the appendix at 1441, at page 1442, the examiner focused on two lines. And the lines he focused on are lines that turned out to be 78 and 79. He said, first of all, he objected to the drawings. He objected to the specification. He said the drawings don't number these lines. He talks about lines in figure 7. The specification doesn't discuss them. I want you to number them. I want you to discuss them in the specification. And they should be claimed. So this is in 1442. He objects to the drawings and the specification because they do not identify these lines. And he's talking specifically about the lines that make the intra-block connection. And then there also is a 102 and 103 rejection in the same office action based on prior art, admitted prior art, figure 17. And he rejects the claims there. And he says these lines, these specific lines should be claimed. Now he's talking there about lines 78 and 79 in figure 7. That's what he's talking about. And that's clear from the office action. And what did the applicant do? The applicant amended the drawings by numbering those lines in figure 7. He numbered them 78 and 79. Now those are the lines that make the intra-block connection that are present in 7. So they're the lines that make the intra-block connection for the metallization lines. Intra-block, within the block. For the metallization lines. That's right. With regard to that snippet in the file history, we're not talking about the metallization lines having a connection to each end. We're talking about the main bit lines, the diffusion lines, in the end, connecting up to a metallization line. That's what lines 78 and 79 do. They connect one end of the virtual ground line to the... They are metallization lines, correct? They are metallization lines. Are they main bit lines? 78 and 79 are not. They are metallization lines. They're not main bit lines. Are they virtual ground lines? No. So they're not... The fact that they connect end-to-end to points has nothing to do with that statement that's in the file history. No, but if they're a metallization line, and they have contact points... We're not talking to each other. I'm sorry, Your Honor. For me, the case turns on whether or not the trial judge is correct in reading figure 9 out of the patent. Well, what he... And the language that he used, that he put into the claims, comes right out of that snippet from the file history. The portion of the file history refers to an intra-block connection. That is a connection within the block, he says. Yes. And if you have a contact point at one end of a line, and at the other end of the line, and at the top of that is a metal line, that connects either end of the diffusion line. That's the effect of that. Maybe I'm just crazy, but it says the way the file history read it, asked whether the main bit lines and the virtual ground lines within the block are connected end-to-end, from the end of a main bit line to the end, end of a ground line to the end, or are they connected to a metallization line? And when I trace in figure 9, it looks to me like they are connected. Now, I grant you that line 112 and 114, which are metallization lines, aren't connected on that end-to-end in that drawing. Your Honor, respectfully, that's not true for figure 9. It is true for 7, and it's true for 18 and 19. Figure 9, therefore, is it relevant to other claims, not 5 and 12? Well, I think what happened in figure 9 is when he amended the claims to add... Before the applicant made this statement, there was no reference in the claims to metallization lines. He added language pertaining to metallization lines, and he said, this is what I'm adding, and his description, what the district court did is... But there was no question about what they were. Right, but what... I mean, everybody knows what those lines are for, right? Well, the lines that were... The metallization lines. Well, there's a dispute. What he added was, we believe what he added was, the metallization line that makes the intra-block connection, the connection within the block, of one end of the line, the virtual ground line, to the other end of the virtual ground line, and one end of the main bit line to the other end of the main bit line. That's what's in figure 7. Those are the lines that the examiner identified, and those are the lines he said they should be claimed. Those lines are not in figure 9. In figure 9, you have a contact point at the bottom of the virtual ground line, but not at the top. The bottom of the virtual ground line is connected to a metal line, but the top is not. Therefore, the top and the bottom of the virtual ground line in figure 9 are not connected. In figure 7... They're not connected when you couple them to another block. Block to block, the blocks are connected all, but within the block, there's no connection in figure 9 between one end of the virtual ground line to the other. Where in the claims do you require the metallization line to be connected within the block? That's what happened in the... That's not in the claim, right? Pardon me? That's not in the claim. It's not stated as such in the claim. Well, that... When it's not stated in the claim, and then you're going to read a limitation into the claim, right? Well, I think... You have to be careful when you're going to narrow... I mean, as the trial judge recognized, and you recognized, the plain meaning of the claims on their face doesn't require what you want to add. I think the plain meaning of the claims is... You can only get there by relying, as you admitted when you stood up, the name of the game is the file history. I think that's fair to say. There we need a clear and unmistakable surrender. You have a rare example here of the examiner, as I said before, identifying specific metallization lines, saying, number them, mention them in the specification, and they should be claimed. And there was no mention of metallization lines there before. The applicant then amended to add metallization lines, and he said these lines make a within-the-block connection of virtual ground line, one end to the other, main bit line, one end to the other. That's what he did. Well, that depends on how you read. I mean, you're reading something into that sentence in the file history that I'm not reading into it. Well, he said... You're reading into it to say that you're connecting your main bit lines and your virtual ground lines within the block, connected end-to-end to a metallization line, where the metallization line has two end points. Well, what he said is the applicant said the ends of the main bit line or virtual ground lines within each block. I understand it's within each block. That's what his words. The difference is that you are asserting that in order to connect main bit lines and virtual ground lines within the block end-to-end, you're requiring a metallization point at each end. That's the only way it can be done, Your Honor. Well, what about claim 12? Let me take you there to claim 12 at approximately line 4, and it speaks of said blocks being coupled together by metallization lines, which conforms to almost everything that has been said so far. But it doesn't say that there's no requirement there that the contacts are on a metallization line. He added the language that you just read, Judge Reyna, to claim. But isn't that claim? At the same time, he made this statement in the file history. And the only way, I come back to this point, the only way you can connect lines, one end to one line to the other end of the same line within a block, is with a contact point at either end of that line. That is, that are the lines in Figure 7 that the examiner said, those lines should be claimed. And they're not in Figure 9, as we just discussed. In Figure 9, there's a contact point. The purpose of the invention is to put blocks together, right? So if you look at, you know, Figure 8 or Figure 9 and imagine that Figure 9 has been converted into 8, then your line 114, your metallization line, is going to be connected end to end because it's going to be connected in the next block, right? When you put the blocks together. That's Figure 8. That's interblock connection. That's for sure. The blocks are connected. Right. So why do I read that snippet from the file history to necessarily say, well, it won't work, as you said, because all the diffusion lines are connected up to a metallization line at one point in the drawing, right? They are connected up and they touch into either of the two data points on the bottom and one on the top. And then those data points are connected to the next block. Right. There's a metal line that goes along and connects all the lines. So all the lines are connected within the block to a metallization line, and then the metallization line is connected to the next block. Your Honor, not all the lines within the block are connected at both ends. The lines that are connected at both ends are the virtual ground line and the main bit line. And that's because they have contact points at either end. Go back to figure 10 and figure 9 and show me why it isn't connected end to end. If you start on the bottom of it at VGL2, the data point, the connecting point, and you trace in a line, it'll come out of the other end at the top connecting point. Well, the other end, the virtual ground line. You just use colors and just all of them connect. Well, but on the left side of what the court has drawn, that orange line there, that's a virtual ground line. There's a contact point at the bottom. I understand. There's no contact point at the top. So that means that the bottom one line of that virtual ground line is not connected by a metallization line to the other end of that line. That's what we're talking about here. That is true for 7. It's not true for 9. It's true for 19, and it's true for 18. So when the applicant amended, the examiner said, I want you to claim lines 78 and 79 from figure 7, which are the lines that do just that, and they're not found in figure 9 or 8. He then amended to add metallization lines, and he added language to the claims. And in connection with that language, he said, I am amending each claim as follows. And he described what he's doing. And his description is what the district court relied on. And his description refers to a connection within the block, one end of the virtual ground line to the other end of the virtual ground line. Mr. O'Connor, you've extended your time, obviously, because of a lot of questions, but I think we must come to an end. And Mr. Baer, we'll give you two more minutes, because Mr. O'Connor had two more minutes. Ms. White, do we know how much he had before? About $230. So we'll give him $430. Your Honor, regarding the main appeal, I don't have anything further to add. The issue on the cross appeal was not addressed, so I'm not sure it's my place to address it. What about the last comment that your adversary made on figure 9, and he says that line 112 is a virtual ground line? So your question is, is that true? He says that. Yeah, is that true? Yes. Line 112 is a metal line that is at virtual ground, which is all that means. So in terms of relating line 112 to the snippet in the file history, do I treat this as a metallization line? That's a great point, Your Honor, because the lines, the virtual ground lines and the main bit lines referred to in the snippet in the file history have to be diffusion lines. And the reason is only those lines are within the block. The metal lines overlay the blocks. And the point that was made by Mr. O'Connor. The way I understood your adversary was he heard where I was coming from, which is what I'm trying to do is to take that snippet of file history and decide whether it's reading figure 9 out of the claim. And I think there's one argument that it doesn't read it out of the claim. That when you trace the diffusion lines inside the box, they all connect up to a metallization. The metallization line does not have an end-to-end connection inside the block. That's true, right? Not inside the block. Not inside the block. But you're saying that for the purpose of that snippet in the file history, that's irrelevant. Because what you were explaining was that all of your diffusion lines simply within the block hook up from the end-to-end of the diffusion line, they hook up to a metallization line. Yes, at one point they do. But nothing in the claim language requires, if this is a diffusion line within the block, nothing in the claim language of term 1 requires that there be a contact here. If I'm right, then figure 9 is consistent with the way you interpret the claim. It's not inconsistent. It doesn't prove that the snippet in the file history doesn't prove that claim 9 has to disappear. I mean, figure 9. Absolutely. All of the embodiments, figure 7, figure 8 and 9, figure 18, all of the embodiments would fit within the claim language of term 1. All of the embodiments would fit within the patentee's statement at A1469. Because all of the embodiments use metal lines to connect plurality of blocks at their ends. And the patent team made that very clear at 1465 and 1466 in referring to both figure 8 and figure 7 as two different ways to couple the plurality of blocks together. The problem we have here is both Mr. O'Connor's interpretation, which is the district court's interpretation of the snippet, which then became the claim construction, is that that requires intra-block connections specifically that each diffusion line has to have an end-to-end connection. That's not what that statement says. That's not what the claim language says. So, in effect, it's an error in interpretation of what the patentee said. In the history, the applicant said, this is A1469, and I think this is what you're talking about. It says, connecting the ends of the main bit lines or virtual ground lines within each block in an end-to-end fashion. You're saying that the district court misinterpreted that. Yes, Your Honor. By requiring that the connection be at each end of each block. By requiring, because there are, I mean, if you look at all of the embodiments, there are connections at each end. If there weren't, you would not be able to connect to the next block. He's reading that to require within the block. Within the block. Within the block, the metallization line's got to have a connecting point on the top and the bottom in the block. Yes, every single metal line, and that is inconsistent. That's the way the district court read this snippet in the final history to require. And that interpretation, we think, is error. We think the correct interpretation is consistent with figure 8 and figure 7. But you think this language in the final history can be read to say that you have your connections within the block to a metallization line, but the metallization line need not have a contact point at the end, on both ends of it, within the block. That's absolutely correct. And just three pages earlier, the patentee explained that. So it's a question, then, of interpreting what's in this final history. And if we interpret it the way the district court interpreted it, and we interpret it the way Nintendo want it, you read the figures out of the patent. You're then looking for support, and you've got claim differentiation problems as well, correct? We've got claim differentiation. We've got other statements just two or three pages earlier in the file history. Strength of the plain language of the claim. You've got the specification, which we've pointed out in the document. An offer that requires a clear and unmistakable surrender. An ambiguous surrender won't work. I think you have co-counsel here. Thank you, Your Honor. I try to get my hands around the case. Thank you, Mr. Vare. We'll take the case under advisory. Thank you, Your Honor.